## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO: 18-81572 |
| THOMAS R. SIEDLIK, ) | |
| DAWN M. SIEDLIK, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |

### MOTION TO ALLOW LATE AMENDED PROOF OF CLAIM

COME NOW the Debtors, Thomas & Dawn Siedlik, by and through their attorney, Ashley A. Buhrman, and move the Court for an Order allowing the late amended proof of claim filed by Home Point Financial Corporation (claim #2). In support, the Debtors state as follows:

1. Home Point Financial Corporation filed a late amended proof of claim on December 18, 2019. This claim amends the claim filed on November 20, 2018.

2. The claim is for delinquent pre-petition mortgage payments in the amount of $9,045.26. The Debtors anticipate that their Chapter 13 plan should be sufficiently funded to pay this claim.

3. That it is in the best interest of all parties to allow the late amended proof of claim of Home Point Financial Corporation.

WHEREFORE, Debtors move the Court for an Order allowing the late proof of claim filed by Home Point Financial Corporation as set forth above and for such other relief as may be proper.

DATED: December 27, 2019

Thomas R. Siedlik,
Dawn M. Siedlik, Debtors

By: /s/ Ashley A. Buhrman
Ashley A. Buhrman, #25036
John T. Turco & Assoc., P.C., L.L.O.
2580 S. 90th Street, Ste. 100
Omaha, NE 68124
402-933-8600
402-934-2848 Facsimile
Ashley.Buhrman@johnturcolaw.com
Attorney for the Debtor(s).

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO: 18-81572 |
| THOMAS R. SIEDLIK, ) | |
| DAWN M. SIEDLIK, ) | |
| ) | |
| ) | CHAPTER 13 |
| DEBTORS. ) | |
| ) | |

### NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013, You are notified as follows:

1. Ashley A. Buhrman, attorney for the above captioned Debtors, has filed a Motion to Allow Late Amended Proof of Claim.

2. The last day to file a resistance to the Motion is January 17, 2020. The Resistance must be served on Debtors' counsel.

3. If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice or hearing.

DATED: December 27, 2019

Thomas R. Siedlik,
Dawn M. Siedlik, Debtors.

By: /s/Ashley A. Buhrman
Ashley A. Buhrman, #25036
John T. Turco & Assoc., P.C., L.L.O.
2580 South 90th Street, Ste. 100
Omaha, NE 68124
(402) 933-8600
Facsimile 934-2848
Ashley.Buhrman@johnturcolaw.com
Attorney for Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing MOTION TO ALLOW LATE AMENDED PROOF OF CLAIM AND NOTICE SETTING RESISTANCE DEADLINE was served upon the below listed parties, via CM/ECF December 27, 2019.

U.S. Trustee's Office (ECF)

Kathleen A. Laughlin (ECF)
Chapter 13 Trustee

The following have been provided service via U.S. Mail, first class, on December 27, 2019:

See Attached Exhibit "A"

/s/Ashley A. Buhrman

Alpine Dental
2811 N 90 St
Omaha, NE 68134

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

capital One Bank (USA) N.A.
Po Box 71083
Greene, RI 02827-2108

Centris Federal Credit Union
11718 M Circle
Omaha, NE 68137

CHI
2301 N 117th Ave
Ste 100
Omaha, NE 68164

Creditors Bankruptcy Service
Po box 800849
Dallas, TX 75380

D. Anthony Sottile, Esq.
Sottile Barile, LLC
394 Wards Corner Road, Ste. 180
Loveland, OH 45140

Department of Education
Office of General Counsel
400 Maryland Avenue SW
Washington, DC 20202-0008

Dept of Ed / Navient
Attn: Claims Dept
Po Box 9635
Wilkes Barr, PA 18773

Direct TV
PO BOX 105249
Atlanta, GA 30348-5249

Douglas County Attorney
1819 Farnam Street
Civic Center, Suite 909
Omaha, NE 68183

Douglas County Treasurer
1819 Farnam Street, H-02
Omaha, NE 68183

ECMC
PO Box 16408
Saint Paul, MN 55116

Edward Brink
10855 West Dodge Rd Ste 230
Omaha, NE 68154

Endodontic Specialists PC
10020 Nicholas St 201
Omaha, NE 68114

Fingerhut
PO Box 166
Newark, NJ 07101-0166

GE Capital Retail Bank
PO Box 965013
Orlando, FL 32896

Ginnys/Swiss Colony Inc
Attn: Credit Department
Po Box 2825
Monroe, WI 53566

Hauge Assoc
Po Box 88610
2320 W 49th Streeth
Sioux Falls, SD 57105

Home Point Financial C
11511 Luna Rd Ste 300
Farmers Branch, TX 75234

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interventional Pain Management
PO Box 241279
Omaha, NE 68124-5279

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302

Jefferson Capital Systems, LLC
Po Box 1999
Saint Cloud, MN 56302

Katie Figgins
3033 Campus Drive, Ste 250
Minneapolis, MN 55441

Lisa C. Billman
South Law PC
10855 W. Dodge Road, Ste. 230
Omaha, NE 68154

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding LLC
Po Box 2011
Warren, MI 48090

| | | |
|---|---|---|
| Midnight Velvet<br>Swiss Colony/Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566 | National Account Syste<br>Attn: Bankruptcy Department<br>1724 N. 120th St.<br>Omaha, NE 68145 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr, PA 18773 |
| Navient Solutions Inc.<br>Department of Education Services<br>PO box 9635<br>Wilkes Barre, PA 18773-9635 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | NSLP<br>PO box 82507<br>Lincoln, NE 68501 |
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541 | Portfolio Recovery Associates, LLC<br>Po Box 41067<br>Norfolk, VA 23541 | PRA Receivables Mannagement LLC<br>Po Box 41021<br>Norfolk, VA 23541 |
| Radius Global Solution<br>50 W Skippack Pike<br>Ambler, PA 19002 | Rushmore Financial Corp<br>870 Higgins Rd Ste 141<br>Schaumburg, IL 60173 | Sol s Jewelry Loan<br>2505 S. 120th Street<br>Omaha, NE 68144 |
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | Synchrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 | Thomas and Dawn Siedlik<br>4126 N. 92nd Ave<br>Omaha, NE 68134 |
| US Attorney General<br>United States Department of Justice<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, DC 20530 | US Attorney s Office<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68101 | US Department of Education<br>Office of Post-Secondary Education<br>600 Independence Avenue, SW<br>Washington, DC 20202 |